IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN MARIE BIXLER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL ACTION<br>NO. 26-1771 |

**ORDER**

**AND NOW**, this 19th day of November 2026, upon consideration of the Report and Recommendation of Magistrate Judge Scott W. Reid (Doc. No. 14), to which there is no objection, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**.
2. Plaintiff's Request for Review (Doc. No. 10) is **DENIED** and judgment is entered in favor of Defendant.
3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.